# United States District Court
EASTERN DISTRICT OF WISCONSIN

GS HOLISTIC, LLC,

        Plaintiff,

v.

CUMULUS WHOLESALE, LLC,
REBECCA BILAL,
WILLIAM BARTELS, and
BRIANNE BARTELS,

        Defendants.

**JUDGMENT IN A CIVIL CASE**
Case No. 23-C-1506

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing, and this case is DISMISSED without prejudice based on Plaintiff's failure to prosecute.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: June 25, 2024

GINA M. COLLETTI
Clerk of Court

s/ Mara A. VandenHeuvel
(By) Deputy Clerk